UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANDON B., <br> through his parents John and Christine B., <br><br> Plaintiff, <br> v. <br><br> HAMBURG AREA SCHOOL DISTRICT, <br><br> Defendant. | : <br> : <br> : <br> : <br> : No. 5:15-cv-02959 <br> : <br> : <br> : <br> : |

## **O R D E R**

**AND NOW**, this 2nd day of May 2016, upon consideration of the parties' cross-motions for judgment on the administrative record, ECF Nos. 10, 11, and consistent with the accompanying Memorandum Opinion filed on this day, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for Judgment on the Administrative Record, ECF No. 11, is **DENIED**;

2. Defendant's Motion for Judgment on the Administrative Record, ECF No. 10, is **GRANTED**;

3. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge